

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-21-2009

# Rahim Caldwell v. Pleasantville Mun Ct

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-2342

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Rahim Caldwell v. Pleasantville Mun Ct" (2009). *2009 Decisions.* Paper 1510.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1510

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-2342
_____

RAHIM R. CALDWELL,
                    Appellant

v.

PLEASANTVILLE MUNICIPAL COURT,
Pleasantville

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 08-cv-01591)
District Judge:  Honorable Renée M. Bumb

_____

_____

No. 08-2343
_____

RAHIM R. CALDWELL,
                    Appellant
v.

VINELAND MUNICIPAL COURT;
CITY OF VINELAND

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 08-cv-01592)
District Judge:  Honorable Renée M. Bumb

_____

_____

No. 08-2344
_____

RAHIM R. CALDWELL,
                              Appellant

v.

VINELAND MUNICIPAL COURT;
CITY OF VINELAND
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 08-cv-01593)
District Judge:  Honorable Renée M. Bumb
_____

_____

No. 08-2345
_____

RAHIM R. CALDWELL,
                              Appellant

v.

CUMBERLAND COUNTY SHERRIFS DEPARTMENT;
CUMBERLAND COUNTY; VINELAND POLICE DEPARTMENT;
CITY OF VINELAND
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 08-cv-01594)
District Judge:  Honorable Renée M. Bumb
_____

2

_____

No. 08-2346
_____

RAHIM R. CALDWELL,
                    Appellant

v.

HAMILTON TOWNSHIP MUNICIPAL COURT ATLANTIC COUNTY;
TOWNSHIP OF HAMILTON
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 08-cv-01595)
District Judge:  Honorable Renée M. Bumb
_____


_____

No. 08-2347
_____

RAHIM R. CALDWELL,
                    Appellant
v.

VINELAND MUNICIPAL COURT;
CITY OF VINELAND
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 08-cv-01596)
District Judge:  Honorable Renée M. Bumb
_____

RAHIM R. CALDWELL,
                                        Appellant

v.

VINELAND MUNICIPAL COURT;
CITY OF VINELAND
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 08-cv-01597)
District Judge:  Honorable Renée M. Bumb
_____

Submitted for Possible Summary Action Pursuant to
Third Circuit LAR 27.4 and I.O.P. 10.6
September 25, 2008
Before: MCKEE, RENDELL AND SMITH, <u>Circuit</u> <u>Judges</u>

(Opinion filed  April 21, 2009)
_____

OPINION
_____

PER CURIAM

     Rahim Caldwell appeals the District Court's order dismissing his seven civil rights

complaints.  The details of Caldwell's claims are set forth verbatim in the District Court's

opinion and need not be discussed at length.  Briefly, in Nos. 08-2342, 08-2343, 08-2344,

08-2346, 08-2347, and 08-2348, Caldwell alleged that several municipalities and

municipal courts violated his rights under the Eighth Amendment by setting bail in amounts that were higher than that allowed under state law and his rights under the Fourth Amendment by issuing warrants without probable cause. In No. 08-2345, Caldwell alleged that the police and sheriff's departments illegally searched a location not listed on a warrant and seized him. The District Court dismissed the complaints before service for failure to state a claim, and Caldwell filed timely notices of appeal.

We have jurisdiction under 28 U.S.C. § 1291. We exercise plenary review over the District Court's <u>sua</u> <u>sponte</u> dismissal of the complaints for failure to state a claim. <u>Allah v. Seiverling</u>, 229 F.3d 220, 223 (3d Cir. 2000). The District Court was correct that a municipality or local government unit cannot be held liable under 42 U.S.C. § 1983 solely because it employs a tortfeasor unless the violation was caused by an official policy or custom. <u>Monell v. Dep't of Soc. Serv. of City of New York</u>, 436 U.S. 658, 691 (1978).[1] However, a plaintiff whose complaint is subject to dismissal under 28 U.S.C. § 1915 should be given an opportunity to file an amended complaint unless it would be futile or inequitable to do so. <u>Grayson v. Mayview State Hosp.</u>, 293 F.3d 103, 110-11 (3d Cir. 2002). The District Court did not give Caldwell an opportunity to amend, and we cannot conclude that it would be inequitable or futile to allow Caldwell to amend his complaints.

---

[1] The record as it now stands is not developed enough for an analysis of whether the Municipal Courts, the Cumberland County Sheriff's Department, and the Vineland Police Department are state or municipal agencies for the purposes of § 1983.

Summary action is appropriate if there is no substantial question presented in the appeal.  <u>See</u> Third Circuit LAR 27.4.  For the above reasons, we will summarily vacate the District Court's orders and remand the matters to the District Court.  <u>See</u> Third Circuit I.O.P. 10.6.  On remand, the District Court shall allow Caldwell the opportunity to amend his complaints.